IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GUADALUPE RAMIREZ, III, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | No. 3:14-cv-452-P |
| WILLIAM STEPHENS, Director | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER

The United States Magistrate Judge has made findings, conclusions, and a recommendation in this case. *See* Dkt. No. 23. Petitioner has timely objected to the recommendation. *See* Dkt. No. 24. The District Court has reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Petitioner's motion to stay and his request therein to be given the transcripts to review [Dkt No. 21] are DENIED. To the extent the motion also asks for appointed counsel, that request is DENIED without prejudice.

SO ORDERED this 29th day of October, 2014.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE